*Golding* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 848. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* TOLEDO, PEORIA & WESTERN RAILROAD. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. John E. Cassidy* for petitioners. *Messrs. John M. Elliott* and *Clarence W. Heyl* for respondent.

No. 815. SECURITIES & EXCHANGE COMMISSION *v.* C. M. JOINER LEASING CORP. ET AL. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. John F. Davis* for petitioner. *Mr. David A. Frank* for respondents.

No. 749. BELL *v.* PREFERRED LIFE ASSURANCE SOCIETY ET AL. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Warren E. Miller* for petitioner. *Mr. Richard T. Rives* for respondents.

No. 577. THOMSON, TRUSTEE, *v.* INDUSTRIAL COMMISSION OF ILLINOIS (HERMAN E. STOLL). February 1, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. William T. Faricy* and *Weldon A. Dayton* for petitioner. *Messrs. Marshall Solberg*

and *Gerald T. Wiley* for respondent.

No. 578. HELMS BAKERIES *v.* STATE BOARD OF EQUAL-
IZATION ET AL. February 1, 1943. Petition for writ of
certiorari to the District Court of Appeal, 1st Appellate
District, of California, denied. *Mr. David R. Faries* for
petitioner. *Messrs. H. H. Linney,* Assistant Attorney
General of California, and *Adrian A. Kragen,* Deputy At-
torney General, for respondents.

No. 586. CUSHMAN MOTOR WORKS *v.* COMMISSIONER
OF INTERNAL REVENUE. February 1, 1943. Petition for
writ of certiorari to the Circuit Court of Appeals for the
Eighth Circuit denied. *Mr. Thomas S. Allen* for peti-
tioner. *Solicitor General Fahy, Assistant Attorney Gen-
eral Clark,* and *Messrs. Sewall Key, Samuel H. Levy,* and
*Joseph M. Jones* for respondent.

No. 596. GALBAN LOBO Co. *v.* HENDERSON. February
1, 1943. Petition for writ of certiorari to the United
States Emergency Court of Appeals denied. *Mr. Donald
Marks* for petitioner. *Solicitor General Fahy* for respond-
ent.

No. 599. FAIRCLAW *v.* FORREST. February 1, 1943.
Petition for writ of certiorari to the United States Court
of Appeals for the District of Columbia denied. *Mr.
Geo. E. C. Hayes* for petitioner. *Mr. Richard E. Shands*
for respondent.